

FILED
MAY 10 2019
CLERK U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.   Case No. 2:19mj263
     Court Date: June 13, 2019

DUSTIN P. WHITAKER

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor)-Violation Notice No. 7253253

THE UNITED STATES ATTORNEY CHARGES:

That on or about April 29, 2019, at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, DUSTIN P. WHITAKER, did unlawfully carry in his vehicle a handgun hidden from common observation and within reach of the defendant.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 18.2-308.)

COUNT TWO
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about April 29, 2019, at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, in the Eastern District of Virginia, the defendant, DUSTIN P. WHITAKER, did willfully violate a defense property security regulation: Chief of Naval Operations Instruction 5530.14E, to wit: Transporting and introducing a firearm onboard a United States Navy installation without proper authorization.

(In violation of Title 50, United States Code, Section 797 and Chief of Naval Operations Instruction 5530.14E).

COUNT THREE
(Petty Offense)

THE UNITED STATES ATTORNEY CHARGES:

That on or about April 29, 2019, at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, in and on federal property in the Eastern District of Virginia, the defendant, DUSTIN P. WHITAKER, did fail to comply with official signs of a prohibitory, regulatory, or directory nature.

(In violation of Title 41, Code of Federal Regulations, Section 102-74.385).

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: *[signature]*
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*[signature]*
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

9 May 2019
Date